THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EDWIN C. RAMSEY, PLAINTIFF IN ERROR.

Submitted March 27, 1899—Decided June 19, 1899.

On error to the Supreme Court.

For the plaintiff in error, *R. Ten Broeck Stout.*

For the defendant in error, *Wilbur A. Heisley,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, COLLINS, DIXON, GARRISON, GUMMERE, LIPPINCOTT, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH. 12.

*For reversal*—None.